■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS MIDDLEBROOKS, Appellant. [984 NYS2d 281]—Appeal from

a resentence of the Supreme Court, Erie County (M. William Boller, A.J.), rendered August 19, 2011. Defendant was resentenced by imposing a term of postrelease supervision.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.